UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-814 |
| ENRIQUE DONE | : | DISMISSAL ORDER |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney) for an order dismissing the Indictment without prejudice as to the above-captioned defendant in the above-captioned matter, and the defendant having entered a guilty plea and been sentenced in a related matter, Crim. No. 09-601; and the parties having entered into an agreement that the above-captioned matter would be dismissed upon resolution of the related matter; and for good and sufficient cause shown,

IT IS ORDERED on this 14th day of May, 2011, that the Indictment in the above-captioned matter should be dismissed without prejudice as to the above-captioned defendant

_____
HON. JOSE L. LINARES
United States District Judge